IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MAIN HASTINGS, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:10-CV-551-TJW-CE |
| HSN, INC., HSNI, LLC, AND HSN | § | |
| INTERACTIVE LLC, | § | |
|     Defendants. | § | |
| | § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 23), which recommends the Court GRANT Defendants' motion to dismiss (Dkt. No. 10) and dismiss this action for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6), has been presented for consideration. The plaintiff did not file an objection to the report and recommendation.

The Court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the Court adopts the report of the United States Magistrate Judge, in its entirety, as the conclusions of this Court. Accordingly, it is ORDERED that the plaintiff's above-entitled and numbered cause of action is DISMISSED WITHOUT PREJUDICE with LEAVE TO AMEND within fourteen (14) days of this Order.

It is so ORDERED.

SIGNED this 31st day of August, 2011.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE